# United States Court of Appeals
## For the First Circuit

No. 25-1862

PRAKASH DHOJ RANA,

Petitioner,

v.

TODD BLANCHE, Acting Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on July 23, 2026 is amended as follows:

On page 13, n.4, line 2 replace "noncitizens'" with "noncitizen's".